**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 159 MAL 2015
: 
Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. : 
: 
: 
: 
DENNIS MADDREY, : 
: 
Petitioner : 

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.